LINK: 1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-02344 GAF (MANx) | Date | April 13, 2009 |
|---|---|---|---|
| Title | Petersen Law Firm et al. v. City of Los Angeles et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

### ORDER TO SHOW CAUSE

On February 5, 2009, petitioners The Petersen Law Firm, Law Offices of Herbert Hafif, Cesar Mata, and Does 1–500 filed a petition for writ of mandate in Los Angeles Superior Court pursuant to section 1085 of the California Code of Civil Procedure against respondents City of Los Angeles, William Bratton, Terry S. Hara, Michael Moriarty, Chris Casey, Nathaniel Williams, and Roes 1–10.  (See Not. Removal (Docket No. 1), Ex. A [Petition].)  After receiving a copy of the petition on March 5, 2009 (Not. Removal ¶ 2), Respondents removed the petition to this Court on April 3, 2009.

The Court has reviewed the petition for purposes of determining jurisdiction, and concludes that Respondents have not met their burden of establishing subject matter jurisdiction.  See Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) ("The 'strong presumption' against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper.").  In the notice of removal, Respondents aver that the Court may exercise jurisdiction over the suit pursuant to section 15(a) of the Fair Labor Standards Act of 1938 ("FLSA"), which prohibits employers from, among other things,

discharg[ing] or in any other manner discriminat[ing] against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or is

**LINK: 1**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-02344 GAF (MANx) | Date | April 13, 2009 |
|---|---|---|---|
| Title | Petersen Law Firm et al. v. City of Los Angeles et al. | | |

about to testify in any such proceeding, or has served or is about to serve on an industry committee.

29 U.S.C. § 215(a)(3). Aside from a fleeting reference in a footnote, however (Not. Removal, Ex. A [Petition ¶ 67 n.6]), the petition makes no mention of section 15(a). Moreover, the petition expressly provides that "[n]o federal relief is sought in this petition and the Petitioners expressly disclaim such as the claims arise from the non-federal conduct of the LAPD Internal Affairs process in violation of State and Municipal Law." (Id. [¶ 15.)

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** no later than ***Friday, April 24, 2009*** at ***12:00 p.m.*** why the Court should not remand the petition to state court for lack of subject matter jurisdiction. Petitioners may file a response of their own no later than ***Tuesday, April 28, 2009*** at ***12:00 p.m.*** Respondents may then file a reply no later than ***Thursday, April 30, 2009*** at ***4:00 p.m.*** The parties' responses may not exceed 10 pages per brief.

**IT IS SO ORDERED.**